```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PARRA, et al.,                                               :
                                                             :
                              Plaintiffs,                    :     17 Civ. 2755 (LGS)
                                                             :
              -against-                                      :     ORDER
                                                             :
DNA CONTRACTING LLC, et al.,                                 :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/17

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 11, 2017, a conference was held. For the reasons stated in the conference, it is hereby

**ORDERED** that Defendants' motion to dismiss is DENIED. It is further

**ORDERED** that the parties shall confer by **October 18, 2017**, to determine whether they can stipulate to conditional certification of the FLSA collective, considering the "very low" applicable standard, *Jackson v. Bloomberg L.P.*, 298 F.R.D. 152, 158 (S.D.N.Y. 2014). The parties shall file a joint letter by **October 19, 2017**, indicating whether or not they so stipulate. It is further

**ORDERED** that if the parties do not so stipulate, Plaintiffs' shall file a motion for conditional certification by **October 25, 2017**. Defendants shall respond by **November 8, 2017**, and Plaintiffs shall reply by **November 15, 2017**. A conference will be held on **January 3, 2018**, at 10:40 a.m. for a ruling on the motion. It is further

**ORDERED** that the deadline for fact discovery is extended to **January 3, 2018,** by which date all fact discovery shall be completed except as to opt-in plaintiffs in the event conditional certification is granted**.** If conditional certification is granted, discovery will be

extended briefly to allow the parties to conduct opt-in discovery.

    The Clerk of Court is directed to close the motion at Docket No. 33.

Dated: October 11, 2017
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**