UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GERARDO PARRA, et al.,                                      :
                                      Plaintiffs,           :
                                                            :
                   -against-                                :
                                                            :
DNA CONTRACTING LLC, et al.,                                :
                                      Defendant.            :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2018
```

17 Civ. 2755

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 23, 2018, the parties filed their *Cheeks* letter, settlement

agreement, contemporaneous time records and a breakdown of Plaintiffs' counsel's fees. It is

hereby

**ORDERED** that the release provision in Paragraph 3 of the settlement agreement is

overly broad in that it extends to matters unrelated to Plaintiffs' compensation. If the parties

wish to proceed with the settlement, they shall submit a revised settlement agreement for

approval by September 18, 2018.

Dated: September 11, 2018
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE